UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GRANT MORROW** on behalf of himself and other persons similarly situated,<br><br>**Plaintiffs(s)**<br><br>v.<br><br>**QUEST DIAGNOSTICS INCORPORATED**<br><br>**Defendant(s)** | Civil Action No.: 2:17-cv-0948 (CCC)(JBC)<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL**<br><br>Return Date:  November 18, 2019 |

TO:    CLERK OF THE COURT

Michael T. Hensley, Esq.
Lauren Fenton-Valdivia, Esq.
Bressler, Amery & Ross, PC
PO Box 1980
Morristown, NJ 07962

Eamon P. Joyce, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

David H. Hoffman, Esq.
Jessica Tagatz Fitzpatrick, Esq.
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603

Clayton Northouse Esq.
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

PLEASE TAKE NOTICE that on November 18, 2019 or as soon thereafter as counsel may be heard, the undersigned, on and behalf of Plaintiff, Grant Morrow, individually and on behalf of the putative class, shall appear and move in Courtroom MLK 5B before the Honorable, Claire C. Cecchi, U.S.D.J. in the United States District Court for the District of New Jersey, Newark Division, located in the Martin Luther King Building & US Courthouse, 50 Walnut Street, Newark, NJ 07101 for an order granting preliminary approval of the Settlement reached in this matter.

**PLEASE TAKE FURTHER NOTICE** that at the aforesaid time and place, in support of this motion, Plaintiff will rely upon the attached Memorandum of Law, along with the exhibits attached thereto, served and filed herewith.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached to the Memorandum of Law.

Dated: October 15, 2019

>
> Respectfully submitted,
> **LOCKS LAW FIRM, LLC**
> */s/ James A. Barry*
> James A. Barry, Esq.
> 801 N. Kings Highway
> Cherry Hill, NJ 08034
> Tel: (856) 663-8200
> Fax: (856) 661-8400
>
>
> **MORGAN & MORGAN**
> **COMPLEX LITIGATION GROUP**
> John A. Yanchunis, Esq. [Admitted *Pro Hac Vice*]
> Patrick Barthle, Esq. [To be admitted *Pro Hac Vice*]
> 201 Franklin Street, 7th Floor
> Tampa, Florida 33602
> Tel.: (813) 223-5505
> Fax: (813) 334-5402
>
> **JAVERBAUM WURGAFT HICKS KAHN WIKSTROM AND SININS, P.C.**
> Michael A. Galpern, Esq.
> 100 Century Parkway, Suite 305
> Mount Laurel, NJ 08054
> Tel: (856)596-4100
> Fax: (856)702-6640
>
> *Attorneys for Plaintiff and the Putative Class*