## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GRANT MORROW** on behalf of himself and other persons similarly situated,<br><br>**Plaintiffs(s)**<br><br>v.<br><br>**QUEST DIAGNOSTICS INCORPORATED**<br><br>**Defendant(s)** | Civil Action No.: 2:17-cv-0948 (CCC)(JBC)<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL**<br><br>**Fairness Hearing Scheduled:**<br><br>**February 25, 2019 10:30am** |

TO:   CLERK OF THE COURT

Michael T. Hensley, Esq.  
Lauren Fenton-Valdivia, Esq.  
Bressler, Amery & Ross, PC  
PO Box 1980  
Morristown, NJ 07962

Eamon P. Joyce, Esq.  
Sidley Austin LLP  
787 Seventh Avenue  
New York, NY 10019

David H. Hoffman, Esq.  
Jessica Tagatz Fitzpatrick, Esq.  
Sidley Austin LLP  
1 South Dearborn Street  
Chicago, Illinois 60603

Clayton Northouse Esq.  
Sidley Austin LLP  
1501 K Street NW  
Washington, DC 20005

PLEASE TAKE NOTICE that on February 15, 2019 at 10:30am or as soon thereafter as counsel may be heard, the undersigned, on and behalf of Plaintiff, Grant Morrow, individually and on behalf of the putative class, shall appear and move in Courtroom MLK 5B before the Honorable, Claire C. Cecchi, U.S.D.J. in the United States District Court for the District of New Jersey, Newark Division, located in the Martin Luther King Building & US Courthouse, 50 Walnut Street, Newark, NJ 07101 for an order granting final approval of the Settlement reached in this matter.

**PLEASE TAKE FURTHER NOTICE** that at the aforesaid time and place, in support of this motion, Plaintiff will rely upon the attached Memorandum of Law, along with the exhibits attached thereto, served and filed herewith.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached to the Memorandum of Law.

Dated: December 24, 2019

>Respectfully submitted,
>**LOCKS LAW FIRM, LLC**
>*/s/ James A. Barry*
>James A. Barry, Esq.
>801 N. Kings Highway
>Cherry Hill, NJ 08034
>Tel: (856) 663-8200
>Fax: (856) 661-8400
>
>
>**MORGAN & MORGAN**
>**COMPLEX LITIGATION GROUP**
>John A. Yanchunis, Esq. [Admitted *Pro Hac Vice*]
>Patrick Barthle, Esq. [To be admitted *Pro Hac Vice*]
>201 Franklin Street, 7th Floor
>Tampa, Florida 33602
>Tel.: (813) 223-5505
>Fax: (813) 334-5402
>
>**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM**
>**AND SININS, P.C.**
>Michael A. Galpern, Esq.
>100 Century Parkway, Suite 305
>Mount Laurel, NJ 08054
>Tel: (856)596-4100
>Fax: (856)702-6640
>
>*Attorneys for Plaintiff and the Class*